1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 DMITRI MAKAROV,                    )          MMC
                                      )   No. C 07-1135 ~~EMC~~
13              Plaintiff,            )
                                      )
14         v.                         )
                                      )   **STIPULATION TO DISMISS AND**
15 EMILIO T. GONZALEZ, Director, U.S. )   **~~[PROPOSED]~~ ORDER**
   Department of Homeland Security, Bureau of
16 Citizenship and Immigration Services; )
   MICHAEL CHERTOFF, U.S. Secretary   )
17 of Homeland Security;              )
   ROBERT MUELLER, III, Director of the )
18 Federal Bureau of Investigation;   )
   ALBERTO GONZALES, Attorney General )
19 of the United States,              )
                                      )
20              Defendants.           )
                                      )
21 _____

22     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of

24 the fact that the United States Citizenship and Immigration Services adjudicated plaintiff's

25 application for naturalization.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C07-1135 EMC                              1

| | | |
|---|---|---|
| 1 | Date: May 21, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: May ____, 2007 | /s/ fax signature |
| 10 | | DMITRI MAKOROV<br>Pro Se |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 22, 2007

~~EDWARD M. CHEN~~
~~United States Magistrate Judge~~
MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C07-1135 EMC                                            2

1 | Date: May ____, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: May 21, 2007

_____
DMITRI MAKOROV
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____
EDWARD M. CHEN
United States Magistrate Judge